# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128727

In re ALTHEA C. EVERARD TRUST f/b/o
HESTER EVERARD STALKER,

_____/

PETER STALKER II and ELEANORE
STALKER FOSTER,
            Petitioners-Appellees,

v

FRANK WARD, HERBERT E. WARD,
ELEANORE BOOK KENNEDY, VIVIENNE
BOOK JAHNCKE, CYNTHIA BOWEN,
HERBERT V. BOOK, JR., and EDWARD BOOK,
            Respondents-Appellants,

and

COMERICA BANK,
            Respondent.

_____/

SC: 128727
COA: 251475
Wayne PC: 00-146537-TT

        On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121